ACCEPTED
03-14-00411-CR
6695783
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:28:30 AM
JEFFREY D. KYLE
CLERK



**ALLISON PALMER      GEORGE E. McCREA**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:28:30 AM
JEFFREY D. KYLE
Clerk

51ST & 119TH DISTRICT ATTORNEYS

124 W. Beauregard

San Angelo, Texas  76903

325/659-6583                                              325/655-6116

325/658-6831 (Fax)

August 28, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas  78711

Style: Manuel Ruiz Constancio, Appellant v. The State of Texas,
Case # 03-14-00411-CR Trial Court# A-11-0535-S, 51st District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case. With regard to the Anders brief filed by Appellant, the State hereby notifies the Court that it will not respond on the merits to the points raised and conceded by Appellant's brief.  Please file this letter response with the papers in the cause and bring it to the attention of the appropriate members of the Court or its staff.

Sincerely,

_____

Meagan White
Asst. District Attorney
51st Judicial District
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831  FAX
TSB# 24060973

cc: Shawntell McKillop
25 West Beauregard
San Angelo, TX 76903
Delivered via https://efile.txcourts.gov/ to
mckillopattorney@hotmail.com